## Tower & Sons *v.* United States (No. 2066).[1]

OAT HULLS, GROUND, PARAGRAPH 192, TARIFF ACT OF 1913—NONENUMERATED MANUFACTURES, PARAGRAPH 385.

Following Tower & Sons et al. *v.* United States, decided concurrently herewith, hulls ground from oats as a by-product in the manufacture, from the kernels, of oat meal, rolled oats, and Quaker oats, are dutiable as "oat hulls" under paragraph 192, tariff act of 1913, and not as nonenumerated manufactures under paragraph 385.

### United States Court of Customs Appeals, February 4, 1921.

APPEAL from Board of United States General Appraisers, Abstract 43851.

[Reversed.]

*Barnes, Chilvers & Halstead* (*Frank M. Halstead* of counsel) for appellants.
*Bert Hanson,* Assistant Attorney General, for the United States.

Before SMITH, BARBER, DE VRIES, and MARTIN, Judges, January 20, 1921.

SMITH, Judge, delivered the opinion of the court:

The issues presented by this appeal are substantially the same as those involved in the case of C. J. Tower & Sons et al. *v.* United States, suit No. 2071, just decided by this court, and for the reasons set out in the opinion in that case, the decision of the board is *reversed.*